UNITED STATES COURT OF APPEALS
For the Fifth Circuit

_____

No. 01-30524
Summary Calendar
_____


In the matter of: WILLIAM PAUL LAWRENCE, II,

                                                            Debtor,

WILLIAM PAUL LAWRENCE, II; AND LAWRENCE & CO., INC.

                                                      Appellants,

versus


UNITED STATES OF AMERICA; DAVIDSON NIX & JONES,

                                                      Appellees.

_____

Appeal from the United States District Court for the Western
District of Louisiana, Shreveport Division
(00-CV-1775)
_____
October 16, 2001

Before DAVIS, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]


     After reviewing the record and the briefs of the parties, we
are satisfied that the district court correctly rejected
appellant's appeal from the order of the bankruptcy court.  We
therefore affirm the judgment of the district court essentially

_____

     [*]Pursuant to 5th Cir. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.

for the reasons stated in the district court's memorandum ruling of March 23, 2001,

AFFIRMED.